Case: 2:14-cv-01538-PGR--MHB   Document #: 5-2   Date Filed: 09/29/2014   Page 5 of 10

Eric Thomas Scionti - ADC #294295
Name and Prisoner/Booking Number

ASPC-YUMA / Cheyenne Unit
Place of Confinement

P.O. Box ~~8934~~ 8909
Mailing Address

SAN LUIS, AZ; 85349
City, State, Zip Code

FIFER       LODGED
RECEIVED    COPY

NOV 13 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Eric Thomas Scionti                           )
(Full Name of Plaintiff)    Plaintiff,        )
                                              )
                    vs.                       )  CASE NO. CV-14-01538-PHX-PGR-MHB
                                              )       (To be supplied by the Clerk)
(1) Sheriff Joseph M. Arpaio                  )
(Full Name of Defendant)                      )
(2) Durango Jail Commander                    )
                                              )     **CIVIL RIGHTS COMPLAINT**
(3) Maricopa County                           )         **BY A PRISONER**
                                              )
(4) N/A                                       )   ☐ Original Complaint
                Defendant(s).                 )   ☒ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.   )   ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Maricopa County Jail / Phoenix, AZ

Revised 3/9/07

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES     1
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CJVLR 5.4
            (Rule Number/Section)

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: __Joseph M. Arpaio__. The first Defendant is employed as: __Sheriff__ at __Maricopa County Sheriff's office__.
   (Position and Title) (Institution)

2. Name of second Defendant: __Durango Jail Commander__. The second Defendant is employed as: __Durango Jail Commander__ at __Maricopa County Sheriff's office__.
   (Position and Title) (Institution)

3. Name of third Defendant: __Maricopa County__. The third Defendant is employed as: __N/A__ at __Maricopa County__.
   (Position and Title) (Institution)

4. Name of fourth Defendant: __N/A__. The fourth Defendant is employed as: __N/A__ at __N/A__.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? __N/A__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

   b. Second prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

   c. Third prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Safe/Habitable Conditions, Confined in a Structure condemned by The County of Maricopa & State of AZ. Conditions which are far below the acceptable Standard of living for Incarcerated U.S. Citizens

2. Count I. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I have since my confinement began on 02/28/2014 until Approximately September 7th, 2014. Been incarcerated in The Durango Facility of The Maricopa County Jail. The Defendants (#1, 2, 3) all are the Responsible Parties, that maintain the facility. The facility conditions that I have forcibly been forced to endure, are both unsanitary and inhospitable; as such they directly are a threat to my health and Safety. The Conditions are as follows: Mold on the ceilings and Ventilation in "The Common Area(s)". Evidence of rust/water damage on "The Common area(s)" ceilings, Mold on the shower walls, The Ceiling is composed of Asbestos; which is known to cause respiratory diseases and otherwise be toxic. The "Sanitation Methods" are unreliable and unsanitary, This includes Sanitation of Sleeping Mattresses, and their designated Sleeping area(s). Mold and rust is evident in the vents inside The Shower/restroom area(s). There is no air filtration System, There is no fire Suppression System/sprinkler System, No access to fire extinguishing/Suppression devices in a time dependant manner, nor does Staff readily have such Systems on hand. Lack of visual acuity from officer's Post, and from CCTV allows violent acts by inmates on inmates to go unsuppressed. Long-Term overcrowding Cells incites.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   All of the above greatly exacerbate my existing medical conditions and cause a large degree of anguish and distress mentally.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. It is made routinely clear by MCSO Staff and Supervisors that these matters are "Non-Grievable" and as Such; are rejected.

3

PG. 3-A                           Count I continued

FACTS-3) altercations and violence to occur. Defendant #1; Joseph M. Arpaio is The Sheriff for The Maricopa County's office and is The Authority on The Policies that allow all of the aforementioned allegations to exist. Most of the issues are ones of Proper facility Maintainance and could be adequately resolved if a maintainance order or request at the highest level of command was issued. Mr. Arpaio has failed to request that any of The issues raised in Count I be addressed and as such has failed to act and to Prevent a threat to inmate safety. It is impossible for Mr. Arpaio in his official capacity to be unaware of these issues as they are widespread. Because Mr. Arpaio appears generally indifferent to such issues, it is Mr. Arpaio's fault such issues exist. Defendant #2 is The Durango Jail Commanders. It is The Commander's job to ensure Safe operations of their specific facility and to alert proper entities of issues as they arise. While Defendant #1 is Defendant #2's direct supervisor and also responsible for the issues in this count. It is also Defendant #2's Moral obligation to alert an outside entity to address any issue of safety that their Superior is unwilling to resolve (similar to how a Store manager would alert OSHA if a district manager refused to correct a hazard). Since Defendant #2 has failed to do so. They are responsible for the conditions as well. Defendant #3 is The County themselves and is the logical outside entity that should be next in line for responsibility for maintaining hazard free facilities. If such facilities are not brought into compliance (such as how They have not here). They should be Shut down to remove the risk they Pose or, if it is not viable to do so; they should through some form of action, force The responsible Party to do so. If they refuse, They should be removed from their office.

Pg. 3-B                                   Count I continued

FACTS-3.) Defendant #3 has not done any of these to Prevent or resolve these issues and as such, they actively allow them to continue to exist. Therefore they too are responsible.

## COUNT II

1. State the constitutional or other federal civil right that was violated: _Ability to actively maintain a Sanitary and Healthy environment_.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   During my confinement at The Durango Jail Facility, The Most Basic necessities to maintain a Sanitary environment have been neglected. They are as follows: No Proper Supplies to clean the 2 toilets used by 64 inmates. (i.e. toilet brush/plunger). As such, the toilets are a derelict and caked with Fecal matter, etc. We are given dirty towels to clean the designated eating area, often the Same Such towel is used for the bathroom and toilets. Inmates are only provided with water inside a spray bottle in lieu of a Proper cleaning Solution. Food is Kept and Stored outside of Proper food handling temperature ranges. There is often rotten food/residue evident as well Due to improper washing techniques) Food Trays are stored directly next to trash receptacles and compactor. (Stray felines can also be seen urinating on trays and eating remains). No proper water-fountain exists, and no cups are given, modifying containers for use as a water cup is forbidden.

   Defendant #1; Joseph M. Arpaio is The Sheriff for The Maricopa County Sheriff's Office and is The Authority on all The aforementioned allegations in that he allows them to exist...

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The Flagrant disregard for basic Necessities are both Malicious and cruel. They exacerbate my Medical Conditions (PTSD and Depression).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _It is made routinely clear by MCSO staff and Supervisors that these matters are "non-Grievable", and as such; are rejected._

4

PG. 4 - A  Count II Continued

FACTS-3) All of the issues could be resolved with Proper Intervention or vigilancy. Mr. Arpaio fails to do so both on a personal level and in his delegation of tasks to officers. Therefore, Mr. Arpaio in his official capacity is responsible for the outlined issues in Count II. Defendant #2, The Durango Jail Commander is the next logical responsible party in the chain of command. Defendant #2 is at the facility on a daily basis and is in a proper authoritative position to order that the outlined allegations be resolved; he fails to do so in the same facet that Arpaio does, and therefore is also responsible in his official capacity. Defendant #3 is the County of Maricopa itself, and as an outside entity with responsibility over facilities (detention or otherwise) ran inside its juristiction, it is their responsibility to act when other parties do not. Needless to say, they have not acted and are therefore responsible as well.

**COUNT III**

1. State the constitutional or other federal civil right that was violated: __N/A__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   __N/A__

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   __N/A__

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __N/A__

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
The Maximum amount of relief (monetary or otherwise) allowable by law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/27/2014
                   DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6